**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | *Pride Aircraft, Inc* |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | *36-3824046* |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** *6028 Cessna Drive* *Rockford, IL 61109* Number, Street, City, State & ZIP Code *Winnebago* County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | *prideaircraft.com* | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Pride Aircraft, Inc** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Pride Aircraft, Inc** _____ Case number (*if known*)_____
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Pride Aircraft, Inc** _____ Case number (*if known*) _____
   Name

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2020
   MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

John P Morgan, Jr
Printed name

Title **President**

**18. Signature of attorney**

X _/s/ Bernard J. Natale_
Signature of attorney for debtor

Date 8/11/2020
MM / DD / YYYY

**Bernard J. Natale 2018683   Illinois**
Printed name

**Bernard J. Natale, Ltd**
Firm name

**Edgebrook Office Center**
**1639 N. Alpine Road, Suite 401**
**Rockford, IL 61107**
Number, Street, City, State & ZIP Code

Contact phone **(815) 964-4700**   Email address **natalelaw@bjnatalelaw.com**

**2018683   Illinois IL**
Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Pride Aircraft, Inc* |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2020    x  /s/ signature
Signature of individual signing on behalf of debtor

*John P Morgan, Jr*
Printed name

*President*
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Pride Aircraft, Inc* |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Anthony Schiro, Trustee* <br> *4305 Five Oaks Drive* <br> *Lansing, MI 48911* | | *Judgment* | | | | *$117,000.00* |
| *Arcarius Funding, LLC* <br> *Attention: Alex Quispe* <br> *2125 Center Ave* <br> *Fort Lee, NJ 07024* | | *Loan* | | | | *$85,000.00* |
| *Illinois Department of Revenue* <br> *Bankruptcy Section* <br> *PO Box 64338* <br> *Chicago, IL 60664-0338* | | *Taxes* | | | | *$42,000.00* |
| *Internal Revenue Service* <br> *Centralized Insolvency* <br> *PO Box 7346* <br> *Philadelphia, PA 19101-7346* | | *Taxes* | | | | *$55,000.00* |
| *LG Funding, LLC* <br> *1218 Union Street* <br> *Brooklyn, NY 11225* | | *Loan* | | | | *$45,000.00* |
| *Pay Pal Loan Builder* <br> *3505 Silverside Road* <br> *Wilmington, DE 19810* | | *Loan* | | | | *$70,000.00* |

Debtor **Pride Aircraft, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pay Pal Loan Builder**<br>**3505 Silverside Road**<br>**Wilmington, DE 19810** | | **Loan** | | | | $17,500.00 |

**Fill in this information to identify the case:**

Debtor name: *Pride Aircraft, Inc*

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address: *Illinois Department of Revenue / Bankruptcy Section / PO Box 64338 / Chicago, IL 60664-0338*<br><br>Date or dates debt was incurred:<br><br>Last 4 digits of account number **4046**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: *Taxes*<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$42,000.00** | **$42,000.00** |
| 2.2 | Priority creditor's name and mailing address: *Internal Revenue Service / Centralized Insolvency / PO Box 7346 / Philadelphia, PA 19101-7346*<br><br>Date or dates debt was incurred:<br><br>Last 4 digits of account number **4046**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: *Taxes*<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$55,000.00** | **$55,000.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Pride Aircraft, Inc**     Case number (if known)
    Name

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Anthony Schiro, Trustee**<br>**4305 Five Oaks Drive**<br>**Lansing, MI 48911**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Judgment_<br>Is the claim subject to offset? ■ No   ☐ Yes | **$117,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Arcarius Funding, LLC**<br>**Attention: Alex Quispe**<br>**2125 Center Ave**<br>**Fort Lee, NJ 07024**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Loan_<br>Is the claim subject to offset? ■ No   ☐ Yes | **$85,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Atty Adrian Murati**<br>**308 W. State Street**<br>**Suite 323**<br>**Rockford, IL 61101**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Notice Only_<br>Is the claim subject to offset? ■ No   ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Atty John Andrews**<br>**Andrews and Parth**<br>**8235 Douglas Ave., Ste. 1120**<br>**Dallas, TX 75225**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Notice Only_<br>Is the claim subject to offset? ■ No   ☐ Yes | **$0.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Atty Tom Laughlin**<br>**PO Box 497**<br>**Roscoe, IL 61073**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Notice Only_<br>Is the claim subject to offset? ■ No   ☐ Yes | **$0.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Atty Tom Lester**<br>**Hinshaw & Culbertson LLP**<br>**100 Park Ave**<br>**Rockford, IL 61101**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Notice (Greater Rockford Airport)_<br>Is the claim subject to offset? ■ No   ☐ Yes | **$0.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**LG Funding, LLC**<br>**1218 Union Street**<br>**Brooklyn, NY 11225**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Loan_<br>Is the claim subject to offset? ■ No   ☐ Yes | **$45,000.00** |

Debtor **Pride Aircraft, Inc**     Case number (if known)
    Name

| | | |
|---|---|---:|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Pay Pal Loan Builder**<br>**3505 Silverside Road**<br>**Wilmington, DE 19810**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$70,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Pay Pal Loan Builder**<br>**3505 Silverside Road**<br>**Wilmington, DE 19810**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,500.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**PNC Bank**<br>**5411 Harrison Ave**<br>**Rockford, IL 61108**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Pride Aircraft** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **PPP**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | Line **2.1**<br>☐ Not listed. Explain ____ | **4046** |
| 4.2 | **Internal Revenue Service**<br>**Mail Stop 5013 CHI**<br>**230 S. Dearborn St.**<br>**Chicago, IL 60604** | Line **2.2**<br>☐ Not listed. Explain ____ | **4046** |
| 4.3 | **Pay Pal Credit**<br>**Bankruptcy Dept.**<br>**PO Box 5138**<br>**Timonium, MD 21094** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Small Business Administration**<br>**500 W. Madison Street - Suite 1250**<br>**Chicago, IL 60661-2511** | Line **3.10**<br>☐ Not listed. Explain ____ | **Pride Aircraft** |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a. $ | **97,000.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **334,500.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **431,500.00** |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 3 of 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Pride Aircraft, Inc** _____   Case No. _____

　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 20,283.00 |
   | Prior to the filing of this statement I have received | $ 20,283.00 |
   | Balance Due | $ 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor　　☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor　　☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/11/2020　　　　　　　　　　　　　　　　　　　　_/s/ Bernard J. Natale_
Date　　　　　　　　　　　　　　　　　　　　　　　Bernard J. Natale 2018683   Illinois
　　　　　　　　　　　　　　　　　　　　　　　　　_Signature of Attorney_
　　　　　　　　　　　　　　　　　　　　　　　　　**Bernard J. Natale, Ltd**
　　　　　　　　　　　　　　　　　　　　　　　　　**Edgebrook Office Center**
　　　　　　　　　　　　　　　　　　　　　　　　　**1639 N. Alpine Road, Suite 401**
　　　　　　　　　　　　　　　　　　　　　　　　　**Rockford, IL 61107**
　　　　　　　　　　　　　　　　　　　　　　　　　**(815) 964-4700   Fax: (815) 316-4646**
　　　　　　　　　　　　　　　　　　　　　　　　　natalelaw@bjnatalelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　_Name of law firm_

## Chapter 11 Bankruptcy Retainer Agreement

Federal law requires the execution of a written contract between attorney and client(s) for Bankruptcy representation. Signing this contract shall engage the services of *Attorney Bernard J. Natale* and the law firm of *Bernard J. Natale, Ltd.*, hereinafter "**Attorney**" for Bankruptcy representation pursuant to Title 11, United States Code.

*Whereas,* PRIDE AIRCRAFT, IN., hereinafter "**Client**" desires to engage the services of **Attorney** to represent **Client's** interest in connection with Bankruptcy Proceedings. **Attorney** and **Clients** do hereby agree:

1. ☑**Client** shall pay to **Attorney** a *pre-petition non-refundable* retainer in the sum of $20,283.00. Services provided prior to a bankruptcy petition being filed with the United States Bankruptcy Court for the Northern District of Illinois, Western Division, shall be credited against such retainer. **Attorney** may from time to time request an additional retainer, if any credit balance has been exhausted and a bankruptcy petition has not yet been filed.

2. ☑Prior to any bankruptcy case being filed, **Client** shall further pay to **Attorney** the Bankruptcy Court's filing fee for a Chapter 11 Petition in the sum of $1,717.00.

3. ☑All services rendered by **Attorney**, both *pre-petition* and *post-petition* shall be billed at **Attorney's** standard hourly rate, which is currently **$375.00** per hour. All costs and expenses associated with services rendered for duration for **Client's** representation shall be billed at actual costs, expenses, or other **Attorney's** standard rate at time of service.

4. ☑**Client** shall receive informational monthly statements.

    A. Pre-petition, if any sums are due and owing, **Attorney** is authorized to apply any funds held in his trust account against the sum so billed.
    B. Post-petition, **Attorney** agrees to apply for an award of fees as provided by the Bankruptcy Code and Bankruptcy Rules. Such amounts that may be approved by the Court, which are being held in **Attorney's** trust account, may then be applied against sums due and owing. After application of any funds in **Attorney's** trust account, **Client** agrees to pay the balance due within thirty (30) days. Upon an award of final fees and expenses, any balance due shall be paid within thirty (30) days thereof. Upon entry of any final decree or if such bankruptcy case should be dismissed, **Attorney** is authorized to apply any remaining funds held in his trust account against all fees, costs, and expenses due and owing. **Client** further agree to pay any unpaid balance within thirty (30) days thereof. If **Attorney's** fees and expenses are less than any trust account balance, any excess shall be refunded to **Client**.

5. ☑ The failure of **Client** to pay for services when the same become due and payable, as set forth above, shall constitute cause for **Attorney** to withdraw as attorney of record and cease all further services to **Client**. Any withdrawal as **Attorney** for **Client** shall not be deemed a waiver of fees due and payable. *Clients agree to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable Attorney fees incurred in collection.*

6. ☑ By executing this agreement, **Client** agree to have had an opportunity to discuss the agreement with **Attorney**, have asked any questions that have arisen, and received understandable explanations for the questions, and are fully aware of the information contained herein.

7. ☑ If the Debtor is any entity other than individuals, those individuals signing this Retainer Agreement on behalf of Debtor as **Client**, do hereby personally guarantee payment of fees.

**CLIENT**   Date:   8/10/20

PRIDE AIRCRAFT, INC.

BERNARD J. NATALE, LTD.

By: *[signature]*

**GUARANTOR**   Date:   8/10/20

JOHN P MORGAN, JR., Individually

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Pride Aircraft, Inc** _____  Case No. _____
                              Debtor(s)        Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **17**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _08/11/2020_            _/s/ John P. Morgan, Jr_
                                        John P. Morgan, Jr/President
                                        Signer/Title

Anthony Schiro, Trustee
4305 Five Oaks Drive
Lansing, MI 48911

Arcarius Funding, LLC
Attention: Alex Quispe
2125 Center Ave
Fort Lee, NJ 07024

Atty Adrian Murati
308 W. State Street
Suite 323
Rockford, IL 61101

Atty John Andrews
Andrews and Parth
8235 Douglas Ave., Ste. 1120
Dallas, TX 75225

Atty Tom Laughlin
PO Box 497
Roscoe, IL 61073

Atty Tom Lester
Hinshaw & Culbertson LLP
100 Park Ave
Rockford, IL 61101

Greater Rockford Airport Authority
Attention: Michael Dunn
60 Airport Drive
Rockford, IL 61109

HSI Investments, LLC Series 3
Attention: Patti Watkins
1282 New Hope Church Rd
Tunnel Hill, GA 30755

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

```
Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Stop 5013 CHI
230 S. Dearborn St.
Chicago, IL 60604


LG Funding, LLC
1218 Union Street
Brooklyn, NY 11225


Pay Pal Credit
Bankruptcy Dept.
PO Box 5138
Timonium, MD 21094


Pay Pal Loan Builder
3505 Silverside Road
Wilmington, DE 19810


PNC Bank
5411 Harrison Ave
Rockford, IL 61108


Small Business Administration
 500 W. Madison Street - Suite 1250
Chicago, IL 60661-2511
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Pride Aircraft, Inc**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Pride Aircraft, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

08/11/2020  
Date

*/s/ Bernard J. Natale*  
Bernard J. Natale 2018683   Illinois  
Signature of Attorney or Litigant  
Counsel for  **Pride Aircraft, Inc**  
Bernard J. Natale, Ltd  
Edgebrook Office Center  
1639 N. Alpine Road, Suite 401  
Rockford, IL 61107  
(815) 964-4700 Fax:(815) 316-4646  
natalelaw@bjnatalelaw.com