**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy under Chapter 11 Sub V |
| PRIDE AIRCRAFT, INC., | ) | |
| | ) | Case No: 20-81435 |
| Debtor. | ) | |
| | ) | Judge Thomas M. Lynch |
| Address:  6028 Cessna Drive | ) | |
| Rockford, IL 61109 | ) | |
| | ) | |

## NOTICE OF MOTION TO SHORTEN NOTICE AND HEARING ON MOTION FOR USE OF PRE-PETITION BANK ACCOUNTS

PLEASE TAKE NOTICE that on Wednesday, August 19, 2020, at 11:00 a.m., I will appear before the Honorable Judge Thomas M. Lynch, or any judge sitting in that judge's place, and present the motion of Debtor for Use of Pre-Petition Bank Accounts, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

BERNARD J. NATALE
By: /s/ **BERNARD J. NATALE**
Bernard J. Natale
1639 N. Alpine Road, Ste 401
Rockford IL  61107

CERTIFICATE OF SERVICE I, Mary Jane M. D'Angelo, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 17, 2020, at 5:00 p.m.

**MATRIX LIST**

Iana A Vladimirova
Husch Blackwell
33 E. Main Street, Suite 300
Madison, WI 53701
*Chapter 11 Sub V Trustee*
*Via ECF*
*Via Email*

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715
*U.S. Trustee*
*Via ECF*

Michael J. Sally
PNC Bank
300 Fifth Avenue
Mail Stop: PT-PTWR-18-1
Pittsburg, PA 15222
*Sr. Paralegal at PNC Bank*
*Via Email*

Joann Bacon
PNC Bank
Downtown Rockford Location
225 N. Court Street
Rockford, IL 61103
*Branch Manager*
*Via Email*

Pride Aircraft, Inc.
c/o John Morgan
6028 Cessna Drive
Rockford, IL 61109
*President of Pride Aircraft, Inc.*
*Via Email*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | IN BANKRUPTCY |
| ) | |
| PRIDE AIRCRAFT, INC., ) | CASE NO. 20-81435 |
| ) | SUB V CHAPTER 11 |
| DEBTOR. ) | |
| ) | |

### MOTION FOR USE OF PRE-PETITION BANK ACCOUNTS

NOW COMES PRIDE AIRCRAFT, INC., hereinafter "Debtor", by and through its attorney, BERNARD J. NATALE, and moves the Court for an entry of an Order granting the Debtor use of pre-petition bank accounts and a release of the administrative hold on said accounts by PNC Bank, N.A., hereinafter "PNC" and in support thereof states as follows:

1. The Debtor filed an emergency petition for relief under Chapter 11 Sub Chapter V, of the United States Bankruptcy Code on August 11, 2020, under case number 20-81435, in the Northern District of Illinois, Western Division.

2. At the commencement of the case, the Debtor maintained three (3) bank accounts at PNC, ending numbers 1559, 3616, and 4122 with a cumulative balance of $34,123.88, subject to any outstanding checks.

3. PNC is scheduled as an unsecured creditor of the Debtor, with a PPP Loan made pre-petition to the Debtor in the sum of $70,700.00 for which Debtor believes it will be in compliance with the terms and conditions of said loan, so that the net balance due PNC will ultimately be zero.

4. The Debtor has no secured creditors, and as such, no party in interest claims an interest or lien on any of the Debtor's above-described bank accounts.

5. The funds in the Debtor's bank accounts, described above are not otherwise "cash collateral".

6. Upon filing of the Debtor's petition herein, PNC exercised an administrative freeze on all of the Debtor's bank accounts, such that any pre-petition outstanding

checks have not been honored and post-petition deposits received by the Debtor in its ordinary course of business have also been frozen.

7. The operating instructions received from the Office of the United States Trustee require the Debtor to close all existing bank accounts and open new Debtor in Possession accounts.

8. Through its attorney, the Debtor as demanded a release of its accounts from PNC, asserting that such action is in violation of the automatic stay of 11 U.S.C. §362.

9. PNC has agreed to release its administrative hold on said accounts, conditioned upon receipt of an entry of an Order by this Court authorizing the Debtor use of its pre-petition bank accounts. To avoid unnecessary litigation, the Debtor and PNC have agreed, subject to this Court's approval, to the entry of an Order authorizing PNC to release its administrative hold on the Debtor's pre-petition bank accounts, authorizing the Debtor to use pre-petition bank accounts, and to close said accounts and open new Debtor in Possession account(s), as the Debtor may, in its business judgment deem appropriate, including relocation of said accounts to any other recognized banking institution, other than PNC.

10. The Debtor requests shortened notice for the hearing on its Motion for Wednesday, August 19, 2020 at 11:00 a.m., in that such notice is reasonable and appropriate under the circumstances. Debtor has provided notice of this Motion to the United States Trustee, the Chapter 11 Sub V Trustee, and PNC as indicated in the Notice of Motion.

WHEREFORE, the Debtor, PRIDE AIRCRAFT, INC., prays that the Court grant the relief requested.

Date: August 17, 2020

/s/  **BERNARD J. NATALE**
BERNARD J. NATALE, Attorney for Debtor, PRIDE AIRCRAFT, INC.

PREPARED BY:
ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
1639 N ALPINE RD, SUITE 401
ROCKFORD, IL 61107
(815) 964-4700